# David N. Kuhn
**Attorney-at-Law**
**144 Hagar Avenue**
**Piedmont, California 94611**
------------------------------
**Telephone: (510) 653-4983**

June 26, 2009

The Hon. Magistrate Judge Edward M. Chen
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Gregory Bender v. Cirrus Logic, Inc., Case No. C 09-01251 EMC

Judge Chen:

      I am writing this letter pursuant to and in accordance with my discussions with your calendar clerk to address and respectfully request the re-setting of the schedule for the initial case management conference and ADR deadlines and related events in the captioned case. It is my understanding that such request is a common and normal type of request. Cirrus Logic, Inc. is aware of the pending litigation and steps are being taken concurrently to serve the summons and amended complaint. On that basis, and assuming that Cirrus Logic, Inc. answers by August 3, 2009, we would respectfully ask that the initial case management conference be re-set for a later date that would comport with such timing. If any additional information is required, please ask your calendar clerk to let me know. She has been very helpful in this matter and I appreciate it greatly.
      Thank you for your kind consideration.

                                        Very truly yours,

                                        /S/
                                    David N. Kuhn

IT IS SO ORDERED that the case management conference is reset from 7/1/09 to 8/26/09 at 1:30 p.m. A joint CMC statement shall be filed by 8/19/09. Plaintiff is directed to serve a copy of this order upon defendant.

_____
Edward M. Chen
Magistrate Judge

