| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant<br>CIRRUS LOGIC, INC. | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510)653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender<br><br>*E-Filed 11/23/09* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Cirrus Logic, Inc.,<br><br>　　　　　Defendant. | Case No. C 09-01251 RMW (RS)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING AMENDED**<br>**INFRINGEMENT CONTENTIONS**<br><br>**DISCOVERY MATTER** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Cirrus Logic, Inc., ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Plaintiff's infringement contentions.

WHEREAS on October 9, 2009, Plaintiff served his infringement contentions on Defendant.

WHEREAS, on November 4, 2009, Defendant filed a motion to compel more detailed infringement contentions from Plaintiff (D.I. 21). Said motion is still in the briefing phase.

WHEREAS, the Court has granted Defendant temporarily relief from its discovery obligations pending resolution of this issue in its order dated November 10, 2009 (D.I. 31).

WHEREAS, Plaintiff has agreed to amend his contentions in response to concerns raised by Defendant in its motion, and

1    WHEREAS, Defendant has agreed to withdraw its motion to compel, without prejudice,
2  pending receipt of the forthcoming amended contentions.
3  THE PARTIES HEREBY STIPULATE THAT:
4    Plaintiff shall serve amended infringement contentions on or before **January 15, 2010.**
5    Defendant shall withdraw its motion to compel amended infringement contentions,
6  without prejudice to re-filing once it receives the amended contentions.
7    Defendant's obligations under Patent L.R. 3-3 and 3-4 shall be due 45 days from receipt
8  of Plaintiff's amended contentions unless Defendant renews its motion to compel within 14 days
9  of receiving Plaintiff's amended infringement contentions.
10    The Court's previous order granting Defendant temporary relief from its discovery
11  obligations (D.I. 31) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated:  November 23, 2009       Jones Day

By:    /s/ Gregory Lippetz
      Greg L. Lippetz
      State Bar No. 154228
      JONES DAY
      1755 Embarcadero Road
      Palo Alto, CA  94303
      Telephone:    650-739-3939
      Facsimile: 650-739-3900

Counsel for Defendant Cirrus Logic, Inc.

1  In accordance with General Order No. 45, Section X(B), the above signatory attests that
2  concurrence in the filing of this document has been obtained from the signatory below.

3
4  Dated: November 23, 2009          By:      /s/ David Kuhn
                                             David N. Kuhn
5                                            Attorney-at-Law
                                             144 Hagar Avenue
6                                            Piedmont, California 94611
                                             Telephone: (510) 653-4983
7
                                      Counsel for Plaintiff Gregory Bender
8
9
10 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

11
12         DATED:   November 23 , 2009        By:   /s/ Richard Seeborg
13                                                  Richard Seeborg
                                                    United States Magistrate Judge
14
15
16
17
18 SVI-74848v1
19
20
21
22
23
24
25
26
27
28

-3-   STIPULATION REGARDING AMENDED
      INFRINGEMENT CONTENTIONS
      CASE NO. 5:09-cv-01251-RMW