Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Defendant
INTERSIL CORPORATION

David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510)653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>    Plaintiff,<br><br>    v.<br><br>Intersil Corporation,<br><br>    Defendant. | Case No. C 09-01155 CW (BZ)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESCHEDULING MEET**<br>**AND CONFER DEADLINE**<br><br>**DISCOVERY MATTER** |

Pursuant to Civil L.R. 6-2, Defendant Intersil Corporation ("Defendant") and Plaintiff Gregory Bender ("Plaintiff"), through their respective counsel, hereby jointly request that the Court change the time by which the parties' shall meet and confer regarding Plaintiff's amended preliminary infringement contentions.

WHEREAS on November 16, 2009, Plaintiff served his amended infringement contentions on Defendant.

WHEREAS on November 17, 2009, the Court granted a request by the parties to extend the meet and confer deadline regarding Plaintiff's amended infringement contentions until November 23, 2009. (D.I. 48).

WHEREAS Defendant has informed Plaintiff that the parties will need to meet and confer regarding the amended infringement contentions.

1  WHEREAS, due to attorney unavailability due to unforeseen illness and the Thanksgiving
2  holiday, the parties will not be able to complete the meet and confer by the Court's amended
3  deadline of November 23, 2009.

4  WHEREAS, the parties agree to meet and confer in person as required by the Court's
5  standing orders no later than Wednesday, December 2, 2009.

6  WHEREAS, the parties agree that the Court's previous order granting temporary relief of
7  Defendant's discovery obligations (D.I. 44) shall remain in effect until the discovery dispute is
8  resolved.

9  THE PARTIES HEREBY STIPULATE THAT:

10  The deadline for the parties to meet and confer regarding Plaintiff's amended
11  infringement contentions is moved to Tuesday, December 2, 2009.

12  The Court's previous order granting Defendant temporary relief from its discovery
13  obligations (D.I. 44) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: November 23, 2009                Jones Day

By:     /s/ Gregory Lippetz
        Greg L. Lippetz
        State Bar No. 154228
        JONES DAY
        Silicon Valley Office
        1755 Embarcadero Road
        Palo Alto, CA  94303
        Telephone:      650-739-3939
        Facsimile: 650-739-3900

Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 23, 2009          By:      /s/ David Kuhn
                                              David N. Kuhn
                                              Attorney-at-Law
                                              144 Hagar Avenue
                                              Piedmont, California 94611
                                              Telephone: (510) 653-4983

                                              Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  November 24 , 2009          By:    [signature]
                                              Bernard Zimmerman
                                              United States Magistrate Judge

SVI-74869v1