```
 1  David N. Kuhn - State Bar No. 73389
    Attorney-at-Law
 2  144 Hagar Avenue
    Piedmont, CA 94611
 3  Telephone:(510)653-4983
    E-mail: dnkuhn@pacbell.net
 4  Attorney for plaintiff Gregory Bender

 5                                              *E-FILED - 1/8/10*

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
    GREGORY BENDER,                 ) Case No. C 09-01251 RMW
12                                  )
            plaintiff and           ) [] ORDER OF DISMISSAL
13          counter-defendant,      )
    vs.                             )
14                                  )
    CIRRUS LOGIC, INC., a Delaware  )
15  corporation,                    )
                                    )
16          defendant and           )
            counter-claimant.       )
17
```

18      CAME ON THIS DAY for consideration of the Stipulated Motion

19  for Dismissal of all claims asserted by plaintiff and counter-

20  defendant Gregory Bender against defendant and counter-claimant

21  Cirrus Logic, Inc. and of all claims asserted by defendant and

22  counter-claimant Cirrus Logic, Inc. against plaintiff and

23  counter-defendant Gregory Bender in this action, with prejudice,

24  and the Court being of the opinion that said motion should be

25  GRANTED, it is hereby

26

Page 1

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this action by plaintiff and counter-defendant Gregory Bender against defendant and counter-claimant Cirrus Logic, Inc. and all claims asserted in this action by defendant and counter-claimant Cirrus Logic, Inc. against plaintiff and counter-defendant Gregory Bender are hereby dismissed, with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: 1/8/10

*Ronald M. Whyte*
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

[] Order of Dismissal: C09-01251 RMW