```
1   David N. Kuhn – State Bar No. 73389
    Attorney-at-Law
2   144 Hagar Avenue
    Piedmont, CA 94611
3   Telephone:(510)653-4983
    E-mail: dnkuhn@pacbell.net
4   Attorney for plaintiff Gregory Bender
```

*E-FILED - 1/8/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

```
GREGORY BENDER,                   ) Case No. C 09-01251 RMW
                                  )
          plaintiff and           ) [] ORDER OF DISMISSAL
          counter-defendant,      )
vs.                               )
                                  )
CIRRUS LOGIC, INC., a Delaware    )
corporation,                      )
                                  )
          defendant and           )
          counter-claimant.       )
```

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims asserted by plaintiff and counter-defendant Gregory Bender against defendant and counter-claimant Cirrus Logic, Inc. and of all claims asserted by defendant and counter-claimant Cirrus Logic, Inc. against plaintiff and counter-defendant Gregory Bender in this action, with prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

1  ORDERED, ADJUDGED, AND DECREED that all claims asserted in
2 this action by plaintiff and counter-defendant Gregory Bender
3 against defendant and counter-claimant Cirrus Logic, Inc. and all
4 claims asserted in this action by defendant and counter-claimant
5 Cirrus Logic, Inc. against plaintiff and counter-defendant
6 Gregory Bender are hereby dismissed, with prejudice.
7  It is further ORDERED that all attorneys' fees and costs are
8 to be borne by the party that incurred them.
9  IT IS SO ORDERED.

Dated: 1/8/10

_____
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

[] Order of Dismissal: C09-01251 RMW